UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                       CASE NO.: 16-25217-BKC-AJC
                                                                             Chapter 7
**BARBARA MABEL CARABALLO**
SSN: XXX-XX-8064

_____Debtor._____/

## JOEL L. TABAS, TRUSTEE'S MOTION TO
## ENLARGE TIME TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Barbara Mabel Caraballo (the "Trustee"), through counsel, files this Motion to Enlarge Time to File Complaint Objecting to Debtor's Discharge (the "Motion") pursuant to Fed.R.Bankr.P. 9006(b) and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on November 12, 2016.

2. The §341 Meeting of Creditors was scheduled and held on December 14, 2016.

3. The deadline for the Trustee to file a complaint objecting to the Debtor's discharge is February 14, 2017.

4. After an initial review of the Debtor's petition, documents and schedules, additional information and documentation is needed from the Debtor in order for the Trustee to determine whether there is any basis to object to the Debtor's discharge.

5. Accordingly, counsel for the Trustee requests an additional sixty (60) days, up to and including April 14, 2017, for the Trustee to file a complaint objecting to the Debtor's discharge.

6. This request is made on behalf of the Trustee, and is not intended as a request for enlargement for any creditor.

CASE NO.: 16-25217-BKC-AJC

7. Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Barbara Mabel Caraballo, respectfully requests this Honorable Court enter an Order (1) finding that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtor's discharge; (2) enlarging the time for the Trustee to file a complaint objecting to the Debtor's discharge up to and including April 14, 2017; and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 14, 2017, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Barbara Mabel Caraballo
2570 W 67th Place, #2-23
Hialeah, FL 33016-2854

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue - PH
Miami, Florida  33132
Telephone:   (305) 375-8171
Facsimile:   (305) 381-7708
Jtabas@tabassoloff.com

2